IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE J. LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:21-cv-01443 RGA |
| | ) |
| BEEBE MEDICAL CENTER, INC., *et al.*, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties through their counsel that all claims against Defendant are hereby dismissed with prejudice. Each party shall bear its or his own attorneys' fees and costs.

| | |
|---|---|
| /s/ Patrick C. Gallagher | /s/ Keri L. Morris-Johnston |
| Patrick C. Gallagher (#5170) | Keri L. Morris-Johnston (I.D. #4656) |
| JACOBS & CRUMPLAR, P.A. | MARSHALL, DENNEHEY, PC |
| 10 Corporate Circle, Suite 301 | 1007 N. Orange Street, 6th Fl. |
| New Castle, Delaware 19720 | WILMINGTON, DE 19899-8888 |
| (302) 656-5445 | (302) 552-4372 |
| pat@jcdelaw.com | klmorris@mdwcg.com |
| | |
| *Attorney for Plaintiff, Andre Lott* | *Attorney for Defendants* |

Dated: September    , 2024

SO ORDERED this _____ day of September, 2024.

_____
The Honorable Richard G. Andrews